UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| ITT EDUCATIONAL SERVICES, INC., *et al.*[1] | ) | Case No. 16-07207-JMC-7A |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | |
| DEBORAH J. CARUSO, the chapter 7 trustee for the bankruptcy estates of ITT Educational Services, Inc., ESI Service Corp., and Daniel Webster College, Inc., | ) | |
| | ) | |
| Plaintiff, | ) | Adversary No. 18-50288 |
| | ) | |
| vs. | ) | |
| | ) | |
| MARATHON VENTURES, LLC THE E.W. SCRIPPS COMPANY, KATZ BROADCASTING, LLC, LAFF MEDIA, LLC, GRIT MEDIA, LLC, ESCAPE MEDIA, LLC, TRIBUNE MEDIA COMPAY d/b/a ANTENNA TV, TRIBUNE BROADCASTING COMPANY, LLC d/b/a ANTENNA TV, and JOHN/JANE DOES, | ) | |
| | ) | |
| Defendant. | ) | |

## **NOTICE OF DISMISSAL OF ADVERSARY PROCEEDING WITH PREJUDICE**

The plaintiff, Deborah J. Caruso, the chapter 7 trustee in the above-referenced bankruptcy case (the "Trustee"), by counsel, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, made applicable in this adversary proceeding pursuant to Rule 7041 of the Federal Rules of Bankruptcy Procedure, respectfully gives notice of the dismissal of this adversary proceeding with prejudice.

---

[1] The debtors in these cases, along with the last four digits of their respective federal tax identification numbers are ITT Educational Services, Inc. [1311]; ESI Service Corp. [2117]; and Daniel Webster College, Inc. [5980].

Respectfully submitted,

RUBIN & LEVIN, P.C.

By: */s/ Meredith R. Theisen*
     Meredith R. Theisen

Meredith R. Theisen (Atty. No. 28804-49)
RUBIN & LEVIN, P.C.
135 N. Pennsylvania Street, Suite 1400
Indianapolis, Indiana 46204
Tel: (317) 634-0300
Fax: (317) 263-9411
Email: mtheisen@rubin-levin.net
Attorneys for Deborah J. Caruso, Trustee

## CERTIFICATE OF SERVICE

I hereby certify that on April 5, 2019, a copy of the foregoing *Notice of Dismissal of Adversary Proceeding with Prejudice* was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

Elizabeth N. Hahn   ehahn@rubin-levin.net, mralph@rubin-levin.net
Meredith R. Theisen   mtheisen@rubin-levin.net, atty_mtheisen@bluestylus.com;mralph@rubin-levin.net
U.S. Trustee   ustpregion10.in.ecf@usdoj.gov

I further certify that on April 5, 2019, a copy of the foregoing *Notice of Dismissal of Adversary Proceeding with Prejudice* was mailed by first-class U.S. Mail, postage prepaid and properly addressed, to the following:

| | | |
|---|---|---|
| Marathon Ventures, LLC<br>LAFF Media, LLC<br>GRIT Media, LLC<br>Escape Media, LLC<br>655 3rd Avenue, 19th Floor<br>New York, NY 10017 | The E.W. Scripps Company<br>312 Walnut Street<br>Columbus, OH 45202 | Katz Broadcasting, LLC<br>3500 Piedmont Rd., Suite 400<br>Atlanta, GA 30305 |
| Tribune Broadcasting Company, LLC<br>Tribune Media Company<br>515 N. State Street<br>Chicago, IL 60654 | | |

                                                */s/ Meredith R. Theisen*
                                                Meredith R. Theisen

G:\WP80\TRUSTEE\Caruso\ITT Avoidance Actions - 86700001\R&L Forms\notice of dismissal.doc